IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

KADEEM DWAYNE EMMERS,

    Plaintiff,

v.                                                2:25-CV-177-Z-BR

MICHAEL MITCHENER, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to deny the Motion for Preliminary Injunction filed by Plaintiff. ECF No. 5. No objections to the Findings, Conclusions, and Recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct. ECF No. 9. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the Magistrate Judge are **ADOPTED** and Plaintiff's Motion for Preliminary Injunction is **DENIED**.

**SO ORDERED**.

September 8, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE